```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15791
    ARTHUR HICKS III
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-9593
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/30/07 .

2. The case was dismissed without confirmation, 01/11/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WEST SUBURBAN AUTO | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| AMALGAMATED TRUST | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CIRCUIT COURT | SPECIAL CLASS | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF EMPLOYMENT | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| OFELIA B AYUSTE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES GAS                   UNSECURED       NOT FILED              .00            .00
PREMIUM ASSET RECOVERY        UNSECURED       NOT FILED              .00            .00
RADIOLOGISTS OF DUPAGE        UNSECURED       NOT FILED              .00            .00
STONE PARK POLICE DEPT        UNSECURED       NOT FILED              .00            .00
SUBURBAN PULMONARY & SLE      UNSECURED       NOT FILED              .00            .00
SURGICORE                     UNSECURED       NOT FILED              .00            .00
TARGET                        UNSECURED       NOT FILED              .00            .00
TCF BANK PEERLESS FED         UNSECURED       NOT FILED              .00            .00
TRIAD FINANCIAL CORP          UNSECURED       NOT FILED              .00            .00
VHS OF ILLINOIS               UNSECURED       NOT FILED              .00            .00
VILLAGE OF BELLWOOD           UNSECURED       NOT FILED              .00            .00
VILLAGE OF FOREST PARK        UNSECURED       NOT FILED              .00            .00
VILLAGE OF OAK PARK           UNSECURED       NOT FILED              .00            .00
WATERMARK PHYSICIAN SERV      UNSECURED       NOT FILED              .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------------
                        SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00          .00          .00           .00
PRINCIPAL PAID              .00           .00          .00          .00           .00
INTEREST PAID               .00           .00          .00          .00           .00
TOTAL PAID                  .00           .00          .00          .00           .00
The Debtor's attorney, ZALUTSKY & PINSKI              , was allowed $        .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .
```

Dated: 04/16/08                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                           PAGE   3
    CASE NO. 07 B 15791 ARTHUR HICKS III
```